IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STACEY A. SANGO,

    Plaintiff,                          1: 06 CV 1008 OWW OWW WMW PC

    vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#14)

OFFICER PIERCE, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On December 28, 2006, findings and recommendations were entered, recommending dismissal of this action without prejudice to the filing of an application for a writ of habeas corpus. On January 8, 2007, Plaintiff plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 28, 2006, are adopted in full; and

2. This action is dismissed without prejudice to the filing of an application for a writ of habeas corpus. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 9, 2009**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE